# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| JAMES MYERS, | Case No. 3:20-cv-00402 |
| Plaintiff, | District Judge Michael J. Newman |
| vs. | Magistrate Judge Caroline H. Gentry |
| CITY OF CENTERVILLE, *et al.*, | |
| Defendants. | |

# ORDER

This matter came before the Court for a Discovery Conference on October 3, 2022. The parties orally requested assistance with resolving a discovery dispute. For the reasons discussed during that conference, the request is **GRANTED**. It is hereby **ORDERED** that the parties adhere to the simultaneous, expedited briefing schedule set forth below:

| | |
|---|---|
| Motions to Compel | October 11, 2022 |
| Responses in Opposition | October 24, 2022 |
| Replies in Support | October 31, 2022 |

**IT IS SO ORDERED**.

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge